**Larry BOTHUM, Relator,**

v.

**JOHN DEERE COMPANY and John Deere Insurance, Respondents.**

**No. C3–98–1436.**

Supreme Court of Minnesota.

Oct. 28, 1998.

John J. Horvei, P.A., New Brighton, for Relator.

Louis R. Tilton, Jeffrey J. Lindquist, Pustorino, Tilton & Parrington, P.A., Minneapolis, for Employer/Respndents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 9, 1998, be, and the same is, affirmed without opinion. *See* Minnesota

Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ <u>Edward C. Stringer</u>
Edward C. Stringer
Associate Justice